RECEIVED PC SCAN

FILED

7/19/2023

10/3/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Eric E. Bernard

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

23CV50269

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                                Case No: _____
                                   (To be supplied by the Clerk of this Court)

Terry Williams

Jeffrey Dalke

Nurse Dennings

Officer Romanski

Nurse Elwod

CNA Pitchard

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

___✓___ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1 of 12

## ADDITIONAL DEFENDANTS

CNA CAROSCO,
NURSE BUTLER,
SGT. LEVY,
OFFICER Mrs. HENSON,
OFFICER ORTIZ,

MARLEY MORELAND,
JACOB LONG,
TACT OFFICER JOHN DOE,
TACT OFFICER JANE DOE,
NURSE JANE DOE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: ERIC EUGENE BERNARD

B.   List all aliases: Terrell King

C.   Prisoner identification number: R25398

D.   Place of present confinement: DIXON CORRECTIONAL CENTER

E.   Address: 2600 N. BRINTON AVE
     DIXON, IL 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: TARRY WILLIAMS

     Title: WARDEN AT DIXON FACILITY

     Place of Employment: 2600 N. BRINTON AVE
     DIXON, IL 61021

B.   Defendant: JEFFRY DAIKE

     Title: DIXON CORRECTION'S SERGENT

     Place of Employment: 2600 N. BRINTON AVE
     DIXON, IL 61021

C.   Defendant: William Cox

     Title: DIXON CORRECTIONS SERGENT

     Place of Employment: 2600 N. BRINTON AVE
     DIXON, IL 61021

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3 OF 12

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

DEFENDANTS

JOHN LONG, (CORRECTIONAL L          )
NURSE DENNING, (CORRECTIONS NURSE),

OFFICER ROMANSKI, ( CORRECTIONAL OFFICER),

NURSE BUTLER   ( CORRECTIONS NURSE),

CECLIA GROSSMAN  ( CERTIFIDE NURSE ASSISTANT),

HALIE DECRANE ( CERTIFIDE NURSE ASSISTANT),

CNA PRICHARD, ( ERTIFIDE NURSE ASSISTANT),

      LEVY    ( CORRECTIONAL SERGENT),

        FRED       ( CORRECTIONAL SERGENT),

OFFICER         ( CORRECTIONAL          ),

OFFICER ORTIZ  ( CORRECTIONAL OFFICER),

HARLEY MORELAND  ( CERTIFIDE NURSE ASSISTANT),

JANE DOE       ( CERTIFIDE NURSE ASSISTANT),

JANE DOC     ( REGISTERED NURSE)

JANE DOE    ( TACT TEAM OFFICER)

JOHN DOE    ( TACT TEAM OFFICER).

NURSE EWOL    ( CORRECTIONAL NURSE)

All DEFENDANTS ARE EMPLOYED AT THE Illinois DEPARTMENT
OF CORRECTIONS @ 2600 N. BRINTON AVENUE
           DIXON, IL 61021


All DEFENDANTS ARE BEING SUED IN BOTHE THEIR OFFICIAL,
AND INDIVIDUAL CAPACITY

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V. JEFFREYS, ET.N 21-CV-50104

B. Approximate date of filing lawsuit: 2021 UNKNOWN

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERICE BERNARD

D. List all defendants: ROB JEFFREYS, AMBER ALLEN, MONICA CARPENTER, NICKLAUS, WILKS, JACK, KOMMEROW, CASSIDY, GLENN, SKZYNDSKI, REYNOLDS, NICHOLAUS, GRAFT

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS, UNITED STATES COURT

F. Name of judge to whom case was assigned: JUDGE JOHNSTON

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, DELIBERANT INDIFERENCE TO SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED W/O PREJUDICE ON 2021

I. Approximate date of disposition: 2021 (UNKNOWN NTNANIAIC)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

(SEE ATTACHMENTS #1 (1 THROUGH 20)

5 OF 12

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFF IS A SERIOUSLY MENTALLY ILL PERSON INCARCERATED IN THE CUSTODY OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AT DIXON CORRECTION CENTER, WHO IS ALSO INCAPACITATED FROM A STROKE AND IS CONFINED TO THE BED/GERIATRIC CHAIR AND REQUIRES 24/7 SELF CARE FOR HIS BASIC NEEDS ON AUGUST 7TH 2021 PLAINTIFF REQUEST TO SPEAK A CRISIS TEAM MEMBER TO NURSE DENNING, CNA PITCHARD, OFFICER ROMANSKI AND SGT. JEFRY DALKE, EACH OF THESE DEFENDANTS INFORMED PLAINTIFF THAT HE WASN'T GETTING NOTHING BECAUSE PLAINTIFF HAD FILED GRIEVANCES AND LAWSUITS AGAINST THEM. THEN DENNING, PITCHARD, ROMANSKI TOLD SGT. DALKE TO SPRAY PLAINTIFF WITH FOAM OC SPRAY AND LEAVE HIM LIKE THAT, LET HIM SIT AND BURN FOR SOME DAYS TO TEACH PLAINTIFF A LESSON. SGT DALKE

6 OF 12

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

THEN pulled his CAN AND SPRAYED PLAINTIFF. WHILE HE WAS lAYING $N A GERI CHAIR WITH NO SHIRT ON. PLAINTIFF WAS SPRAYED $N HIS FACE, HAIR (DREADlOCKS), $NSIDE HIS EAR, MOUTH, NECK, ARMS, CHEST STOMACH AND All OVER THE GERI CHAIR. THE SPRAY WAS All OVER PLAINTIFF AND SOAKED HIS $NDEPENDENT (DIAPER). THE SPRAY $NSTANTLY BlINDED PLAINTIFF AND CAUSING EXTREME BURNING TO All AREA'S THAT WAS SPRAYED $NCLUDING HIS PENIS AND GROIN AREA AND REAR END WERE PLAINTIFF HAD OPEN SORES AND FONGUSES $N THAT AREA.

PLAINTIFF HAD DIFFICULTY BREATHING AND WAS TRYING TO BREATH THROUGH HIS MOUTH. SGT. DAIKE THEN SPRAYED PLAINTIFF $N HIS MOUTH, WHICH CAUSED PLAINTIFF TO SWAllOW AND CHOKE ON THE SPRAY. SGT. DAIKE THEN SMASHED A SHELD ON PLAINTIFF'S HEAD/FACE THEN HANDCUFFED PLAINTIFF, PICKED DAIKE AND ROMANSKI STARTED PUNCHING PLAINTIFF $N HIS HEAD AND FACE. PLAINTIFF WAS LEFT UNDER THIS CONDITION FOR MORE THAN AN HOUR WHEN NURSE (WAI (?) CAME TO THE PLAINTIFF AND GAVE HIM HIS DAILY MEDICATION AND EYE DROPS. PLAINTIFF ASK NURSE EWOI FOR MEDICAL ATTENTION AND TO HAVE THE SPRAY CLEANED OFF. NURSE EWOI STATED THAT SHE'S NOT GOING TO HELP PLAINTIFF BECAUSE HE HAD FILED lAWSUITS AND GRIEVANCES AGAINST THEM

AND THAT SHE WANT TO SEE PLAINTIFF SUFFER FOR IT, AND HOPES PLAINTIFF'S EYES BURNS OUT AND THAT THE SPRAY EATS HIS SKIN. PLAINTIFF WAS ESCORTED BACK TO HIS CELL BY TACTICAL TEAM MEMBERS (SGT. WILLIAM COX, JANE DOE, LT. JOHN LONG, (JOHN/JANE DOE) AND CNA PRITCHARD AND REQUESTED FOR THE OC FOAM SPRAY TO BE CLEANED OFF HIS BODY AND REQUEST A CRISIS TEAM MEMBER, THEY PUT PLAINTIFF BACK IN HIS CELL AND LEFT HIM SITTING IN HIS GERI CHAIR AND INFORMED PLAINTIFF THEY ARE GIVING PLAINTIFF SHIT BECAUSE HE BE OF FILING LAW SUITS AND GRIEVANCES.

FOR THE NEXT TWO DAYS PLAINTIFF REQUESTED THAT THE OC SPRAY FOAM BE CLEANED OFF HIM TO CNA MRS. GROSSMAN, CNA MS. DECRANE, SGT. FREDRICK, OFFICER ORTIZ, NURSE BUTLER, SGT. LEVY, OFFICER HENSON, LT. LONG, CNA MORELAND, JANE DOE (NURSE) AND JANE DOE (CNA) BUT WAS DENIED THAT CARE. PLAINTIFF REMAINED IN THE OC SPRAY FOAM BURNING HIS EYES AND BODY FOR TWO DAYS.

IN ADDITION TO BODY INJURIES, PLAINTIFF SUFFERED VISION LOSS AS WELL AS A RESULT THIS MATTER. TARRY WILLIAMS IS ONLY NAME IN THIS COMPLAINT BECAUSE PLAINTIFF IS SEEKING INJUNCTION RELIEF AS FOR THE DISCONTINUANCE OF THE USE OF O.C. SPRAY OR MANDATE THAT OC FOAM BE WASHED OFF IMMEDIATELY AFTER BEING USED ON A PRISONER.

8 OF 12

Revised 9/2007

Claim #1

Excessive Force Eigth Amended Violation Of The United States
Constitutions Against Defendant Jefrey Dake, Denning, Pritchard
Romanski

Plaintiff Incorporate and realllege the facts
as detailed in this complaint.

Defendants Denning, Romanski, Pritchard and Dake conspired toghter in plaintiff beings prayed

OC foam mace spray was used as a weapon by
Sgt. Dake against plaintiff with the intention
on punishing plaintiff and making him suffer. In violation
of the 8th Amendment of the U.S. Constitution.

After being sprayed and restrained with hanacuffs plaintiff was phuysically
beaten by Defendants Dake and Romanski and Pritchard.

Claim #2

Willful and Wanton Misconduct Under Illinois Law Against Defendant Dake, Denning,
Pritchard and Romanski

Plaintiff Incorporates and realllege all the detils as described in this complaint.
Defendats Denning, Romanski, Pritchard and Dake conspired together
in plaintiff being sprayed.

Because plaintiff is a prisoner in the DOC care, Defendant
had a duty to refrain from deliberately or intentionlly harming
plaintiff acting in a manner that showed utter indifference to
or conscious disregard for plaintiff's safety.

As described above, Defendant's physical abuse of spraying plaintiff
with OC foam spray for no reason caused extreme physical pain and
emotional distress. Plaintiff was also beaten by hannds by defendants Pritchard, Dake, ua Romanski.

Defendants was aware that injury and suffering will result in his
course of action and recklessly disregarded those consequences of those actions

As a direct result of Defendant's willful and wanton misconduct
plaintiff suffered physical and emotional injuries

## Claim #3

Deliberate Indifference To A Serious Medical Need 8th Amendment Violation Against All Defendants

Plaintiff Incorporates and reallege the facts as detailed In this Complaint.

After Plaintiff was sprayed with OC foam spray each defendent refused to clean the OC foam spray off Plaintiff upon his request

Due to Defendants refusing to clean off the OC spray foam, Plaintiff suffered vision loss and skin damage Defendants was deliberate to Plaintiff need for Medical Attention In violation of the 8th Amendment of the United States Constitution.

## Count #4

Deliberate Indifference To A Serious Mental Health Need Against Defendants Dalke, Romanski, Denning, Ewol, Pritchard, Cox, Jane Doe and John Doe

Plaintiff Incorporates and reallege All the detailed facts as detailed In this Complaint.

Plaintiff is a highly serious mentally Ill person and was denied Mental Health Services." Defendants was deliberate Indifference to Plaintiff serious Mental Health needs In violation of the 8th Amendment of the United States Constitution.

10 of 12

# Claim #5

Cruel And Unusual Punishment. Eighth Amendment Violation Against All Defendants (except Wilks.)

Plaintiff Incorporates and realleges the facts as described and detailed In this complaint.

Plaintiff was sprayed with OC foam spray on August 7th 2021 and Defendants refused to have the spray cleaned off of him and plaintiff was force to sit In the spray for two days. Plaintiff was unable to see, eyes and body burning for two days. After plaintiff recieved a bath (two days later), the Geri Chair was not cleaned and was soaked with OC foam spray. plaintiff was place back In the chair, the Geri chair hasn't been cleaned to this day and still has OC foam spray soaked In. It's cushion Causing plaintiff body to continue to burn Thus subjecting Plaintiff to Cruel and Unusual Punishment In Violation of 8th Amendment of the U.S. Constitution.

# Claim #6

Retiliation 1st Amendment Violation Against Defendants Dake, Pritchard, Denning, Romanski, Ewol, Grossman, Cox, Decrane, Lone, Butler, Jane Doe CNA, John Doe Tact Officer, Jane Doe Tact Lady and Jane Doe Nurse.

Plaintiff Incorporates and realleg the contents as described In this complaint

Sgt. Dake sprayed Plaintiff with O.C foam spray because Plaintiff filed grievances and lawsuits against him and Dixon staff.

All Defendants Denied plaintiff Medical and Mental Health Services and they all express that it was because plaintiff had filed grievances and lawsuits against them, Defendants subjected plaintiff to Retaliation In violation of the 1st Amendment of the U.S. Constitution.

11 of 12

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1. INJUNCTIVE RELIEF; EQUITABLE RELIEF; COMPENSATORY DAMAGES FOR PHYSICAL INJURIES, EMOTIONAL DISTRESS, PAIN AND SUFFERING AND ACTUAL AND DIRECT LOSSES AND EXPENSES PLAINTIFF HAS INCURRED AND WILL INCUR AS A RESULT OF DEFENDANTS' INDIVIDUAL AND COLLECTIVE ACTIONS; THE EXACT TO BE PROVEN AT TRIAL, TOGETHER WITH PRE-JUDGMENT INTEREST AND COST;

2. AN AWARD OF PUNITIVE DAMAGES AGAINST ALL DEFENDANTS; NOMINAL;

3. PLAINTIFF'S COSTS AND EXPENSES PURSUANT TO 42 U.S.C. § 1988; AND

4. SUCH FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

**VI.     The plaintiff demands that the case be tried by a jury.**   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___11TH___ day of ___July___ 20 203

_____

_____
(Signature of plaintiff or plaintiffs)

ERIC BERNARD
(Print name)

R 25398
(I.D. Number)

DIXON CORRECTIONAL CENTER

2600 N. BRINTON AVENUE

DIXON, ILLINOIS 61021
(Address)

#2 OF 12

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V. D.D.O.C
No 21-CV-50109

B. Approximate date of filing lawsuit: MARCH 10 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC BERNARD

D. List all defendants: D.D.D.C

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL

F. Name of judge to whom case was assigned: AIN D. JOHNSON

G. Basic claim made: CONSITUTIONAL VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

15-CV-50277

BERNARD v. SCOTT No. 15-CV-50277, ERIC E. BERNARD. ROGER SCOTT, IAN JOHNSTON. CONSTITUTION VIOLATION, RETALYN. FEDERAL. PENDING

BERNARD v. JDOC NO. 20-CV-50413, ERIC E. BERNARD, J.D.O.C, IAN JOHNSTON, ADA/RA VIOLATION, PENDING. FEDERAL

BERNARD v. JDOC, No. 20-CV-50412, ERIC E. BERNARD, J.D.O.C, IAN JOHNSTON, CONSTITUTION VIOLATIONS, PENDING. FEDERAL

BERNARD v. JDOC No. 21-CV-50129, ERIC BERNARD, J.D.O.C, ROBERT BLAKEY, IAIN JOHNSTON, FEDERAL, EXCESSIVE FORCE, PENDING.

BERNARD v. MELVIN. No. 18-CV-01333, ERIC BERNARD. MICHI MELVIN, JAMES SINDD, 8TH AMEND MGNT, PENDING FEDERAL

BERNARD v. CASTEEL, No. UNKNOWN ERIC BERNARD, KEVIN CASTEEL, UNKNOWN 8TH AMEND MGNT, PENDING UNKNOWN

BERNARD v. ST. JAMES/BOP, NO. 20-CV-01367 ERIC BERNARD, ST. JAMES/HOSPITAL/JDOC, SARA DARROW, 8TH AMEND VIOLATIONS DISMISSED, FEDERAL

BERNARD v. SR HOSPITAL, NO. 20-CV-05373, ERIC BERNARD, J.D.O.C, JUDGE ROBERT BLAKEY, ADA/RA PENDING FEDERAL

BERNARD v. J.D.O.C, No. 20-CV-5346, ERIC BERNARD, JDOC ROBERT BLAKEY, 5TH AMEND. DISMISSED 2020 FEDERAL

BERNARD v. JDOC, NO. 20-CV-5347, ERIC BERNARD, J.D.O.C, ROBERT BLAKEY, 5TH AMEND. DISMISSED 2020 FEDERAL

BERNARD v. JDOC, No. 20-CV-5344, ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND DISMISSED 2020 FEDERAL

BERNARD v. J.D.O.C N. 20-CV-5351, ERIC BERNARD, J.D.C, ROBERT BLAKEY, 5TH AMEND DISMISSED 2020 FEDERAL

BERNARD v. J.D.O.C N. 20-CV-5372, ERIC BERNARD, JDOC ROBERT BLAKEY, 5TH AMEND, DISMISSED 2020 FEDERAL

BERNARD v. JDOC No. 20-CV-5383 ERIC BERNARD, JDOC ROBERT BLAKEY, 5TH AMEND DISMISSED PENDING FEDERAL

BERNARD v. J.D.O.C No. 20 CV 5341, ERIC BERNARD, JDOC, ROBERT BLAKEY, ADA/RA PENDING FEDERAL

BERNARD v. JDOC No. 20-CV-5369 ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND FEDERAL

BERNARD v. JDOC No. 20-CV-5370 ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND PENDING FEDERAL

BERNARD v. JDOC, No. 20-CV-5371, ERIC BERNARD, J.D.O.C, ROBERT BLAKEY, 5TH AMEND DISMISSED FEDERAL

BERNARD v. JDOC No. 20-CV-5382, ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND DISMISSED FEDERAL

BERNARD v. JDOC No. 20-CV-5361, ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND DISMISSED FEDERAL

BERNARD v. JDOC No. 20 CV 5343, ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND DISMISSED FEDERAL

BERNARD v. JDOC No. 20-CV-5344, ERIC BERNARD, JDOC, ROBERT BLAKEY, 8TH AMEND DISMISSED FEDERAL

BERNARD v. JDOC No. 20 CV-5350, ERIC BERNARD, JDOC, ROBERT BLAKEY, 5TH AMEND DISMISSED

OTHER STATES & INFORMS & IS UNAVAILABLE TO PLAINTIFF AT THE MOMENT.

BERNARD v. WILKS ET AL, No. 22-CV-50026, DATES UNKNOWN FEDERAL COURT, 8TH AMENDMENT, CASE DISMISSED, JUDGE IAIN JOHNSTON

BERNARD v. CASSIN, ET. AL. No. 22-CV-50025, DATES UNKNOWN FEDERAL COURT, 8TH AMENDMENT, CASE DISMISSED BY JUDGE IAIN JOHNSTON

★ I MAY HAVE MORE CASES BUT DON'T HAVE THE INFORMATION IN MY POSSESSION AT THE TIME

ATTACHMENT : LITIGATION HISTORY    20 PAGES

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PLAINTIFF MAY HAVE MORE PENDING LITIGATIONS BUT DON'T KNOW THE PROPER INFORMATION

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: BERNARD V. ~~SCOTT~~ SCOTT ET Al
No. 3:15-CV-50277

B.   Approximate date of filing lawsuit: OCTOBER 2016

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
ERIC BERNARD

D.   List all defendants: BALLARD, COOK, EMMER, FLOYD, FOX, HABERKAMP
KING, KLEIN, MALONE, MCROBERTS, DARNON, SCOTT, SMITH, DEKALB
COUNTY JAIL

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): DEKALB COUNTY ILLINOIS

F.   Name of judge to whom case was assigned: JUDGE KAPALA

G.   Basic claim made: _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SUMMARY OF JUDGMENT PENDING

I.   Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: 2015 MR 0000447
                                                     No

B.   Approximate date of filing lawsuit: _____ 2018

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
     _____ Eric E. Barnard _____

D.   List all defendants: Michael McLain, DONNA JONES, ANDREW TILDEN, JOHN AND JANE DOES.

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Livingston County

F.   Name of judge to whom case was assigned: BAUKURT

G.   Basic claim made: 8th AND 14th AMENDMENT VIOLATION

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING. DISMISSED WITHOUT PREJUDICE. PLAINTIFF WAS PARALIZE AND UNABLE TO PROCEED WELL WHILE HOSPITALIZED

I.   Approximate date of disposition: JANUARY 2019 (CIRCLEVILE NUMAH) DADE)

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

BERNARD V. McWIN, NO. 18-CV-01333

A. Name of case and docket number: ERIC E. BERNARD -V- MICHEAL MELVIN, SHARON SIMPSON, LINSAY COREY, OFFICER SWISHER, ANDREW TILDGY, CHERI HANSEN ( ) NO-18-CV-013

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
ERIC EUGENE BERNARD AKA Terrell KING

D. List all defendants: Micheal MELVIN, SHARON SIMPSON, SWISHER, ANDREW TILDEN, CHERI HANSEN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT, CENTRAL Illinois

F. Name of judge to whom case was assigned: JAMES SHADID

G. Basic claim made: DENIAL OF 8th AND 14th AMENDMENT VIOLATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: TO Still PENDING

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: ERIC BERNARD — V — JOHN BALDWIN, NO, 18-MR—133

B.  Approximate date of filing lawsuit: 2018 (UNKNOWN EXACT DATE)

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD AKA TERRELL KING

D.  List all defendants: ANGLIN, ATKIN, BALDWIN, SCRAVE, BAPTIST, BENNER, BENNET, BOGGESS, CALDWELL, COLKIN, CULLYMANN, DUCKWORTH, EVANS, FOX, GORE, HANSEN, JONSON

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LIVINGSTON COUNTY STATE OF Illinois

F.  Name of judge to whom case was assigned: BLANQUIST

G.  Basic claim made: 8th 14th AMENDMENT VIOLATION

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING FOR APPEAL

I.  Approximate date of disposition: TO BE DETERMINED

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

4

IV.　List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.　Name of case and docket number: BERNARD V. CASTEEL ET Al
No 1:19 -CV-0100[ -C8B

B.　Approximate date of filing lawsuit: _____

C.　List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
ERIC BERNARD

D.　List all defendants: KEVIN CASTEEL AND OFFICER
VAGAN

E.　Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Filed in NORTHERN illinois DISTRICT
BUT TRANSFERED TO CENTRN DISTRICT Illinois

F.　Name of judge to whom case was assigned: UNKNOWN

G.　Basic claim made: _____

H.　Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): WITHOUT PRESUDICE DISMISSED

I.　Approximate date of disposition: MARCH 2019

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: BERNARD -V- MELVIN
No. 18-MR-26

B.   Approximate date of filing lawsuit: 2018 (UNKNOWN DATE)

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Mical
ERIC BERNARD

D.   List all defendants: MICHEAL MELVIN; EMILY RUSKER,
TERRI KENNEDY, LT. EVANS, OFFICER CLAUDE PITTMAN

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): STATE OF ILLINOIS, LIVINGSTON COUNTY

F.   Name of judge to whom case was assigned: BARKURT (?)

G.   Basic claim made: 8th AND 14th AMENDMENT VIOLATIONS

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE, PLAINTIFF
BECAME PARALIZED

I.   Approximate date of disposition: NOVEMBER 2020  JANUARY

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: BERNARD v. ∫U.D.O.C 20-cv-5347

B.    Approximate date of filing lawsuit: 9-10-20

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ERK E. BERNARD ALIAS TERRELL KING

D.    List all defendants: ∫U.D.O.C, JEFFREYS, MILES, WILLIAMS BARNES, JANE DOES, JOHN DOES, OTHER UNKNOWN DEFENDANTS

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.    Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.    Basic claim made: 8TH, 14TH AMENDMENT VIOLATIONS

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.    Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

7

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. SCHWAB REHABILITATION 20 CV 05373 (JOINED) 05355

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D. List all defendants: SCHWAB REHABILITATION HOSPITAL, MICHELLE GITTLER, FABIOLLA SEQUERIA KOPP, DR. ELI, DR. VINCE, BETSY GERTZ, JOHN DOES AND JANE DOES / OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATELY INDIFFERENCE TO SERIOUS MEDICAL NEED, CRUEL UNUSUAL PUNISHMENT).

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED, VOLUNTARLY DISMISSED

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

8

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. ILLINOIS DEPARTMENT OF CORRECTION 20-CV-50407

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD, ALIAS TERRELL KING

D. List all defendants: I.D.O.C, ROB JEFFREUS, JOHN VARGA, SONJA NICKLAUS, LT GANGER, SGT SKIDWORTH, HUDSOWWIGH FLITG, CECELIA GROSSMAN, NURSE MENTOR, JOHNDOES JANEDOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ~~PENDING~~ VOLUNTARY DISMISSAL

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

9

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. I.DOC 0530 05383

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E BERNARD ALIAS TERRELL KING

D. List all defendants: I.DOC, JOHN BALDWIN, ROB JEFFREYS, SHERMIN MILES, WARDEN WILLIAMS, JANE DOES AND JOHN DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: 9-10-20

G. Basic claim made: 8th AND 14th AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD v. I.D.O.C 20 CV 05382

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E, BERNARD ALIAS TERRCL KING

D. List all defendants: a) I.D.D.C, ROB JEFFROYS, SONJA NICKLAUS, AMBER ALLON, MONICA CARPENTER, DACIA HUTCHESON, OFFICER HERME, ADJANCE MEDICAL SERVICE JOHN DOES, CHAMPAIGN COUNTY, DEPUTY RICHIE JANE DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): VOLUNTARY DISMISSAL W/O PREJUDICE

I. Approximate date of disposition: 10-23-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

11

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD V. IDOC 20-CV-0536l

B.  Approximate date of filing lawsuit: 9-10-20

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: IDOC ROB Jeffreys, TINA TAMORRES NURSE JENNIFER, JANE DOES, JOHN DOES. ERIC BERNARD ALIAS TERREll KING

D.  List all defendants: IDOC, ROB JEFFREYS, LT WEST, TINA TAMMORES, NURSE JENNIFER, JANE DOES AND JOHN DOES OTHER UNKNOWN

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAl COURT

F.  Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.  Basic claim made: DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED, CRUEl UNUSUAl PUNISHMENT

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING VOLUNTARY DISMISSAl

I.  Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

12

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. SKIDSMORTH 20 CV 50413 BERNARD V. JEFFREYS, ETAL 20 CV 50413 50413

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD NIAS TERRELL KING

D. List all defendants: a) D.O.C ROB JEFFREYS, DAVID SKIDWORTH LT. GANGER JOHN DOES JANE DOES (OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: 2)AIN D. JOHNSTON

G. Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

13

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

05344
05371
05376
05350    JOINED
5343     05341

A. Name of case and docket number: BERNARD v. DOC   20 CV 5343

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD ALIAS TERREL KING

D. List all defendants: I.D.O.C, JOHN BALDIN, ROB JEFFREIK SHERWIN MILES, B. BARNES, MARDEN WILLIAMS, JOHN DOES, JANE DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED W/O PREJUDICE

I. Approximate date of disposition: 10-22-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

14

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V. I.D.O.C 20 CV5368

B. Approximate date of filing lawsuit: SEPTEMBER 10 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: I.D.O.C JOHN BALDWIN, ROB JEFFREYS, SGT. THOMAS, OFFICER JOHNSON, JACQULINE ANGLEY, JOHN DOES AND JANE DOES, ERIC E. BERNARD, Aliases TERRELL KINE

D. List all defendants: I.D.O.C, ROB JEFFREYS, SGT. THOMAS, JOHN BALDWIN, OFFICER JOHNSON, JACQULINE ANGLEY, JOHN DOE JANE DOE, UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JUDGE JOHN ROBERT BLAKEY

G. Basic claim made: EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

16

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD v. DIDOC 20-CV-5344

B. Approximate date of filing lawsuit: 9-10--20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DIDOC, ROB JEFFREYS B. BARNS, WILLIAMS SHERMIN MILES JANE DOES, JOHN DOE ERIC BERNARD aka TERRELL KING

D. List all defendants: D.DOC, ROB JEFFREYS, B. BARNES, SHERMIN MILES, WILLIAMS, JANE DOES, JOHN DOES, OTHER UNKNOWNS DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8TH, 14TH AMENDMENT US. CONSTITUTION VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD v. IDOC et al   20-CV-5535

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD Alias TERREll KING

D. List all defendants: IL.D.OC, ROB JEFFREYS, SONJA NICKLAUS, AMBER Allen, JANE DOES, JOHN DOES, UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

18

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD v. DOC et al 20CV-5346

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERREL KING

D. List all defendants: D.D.C, TERRE JEFFREYS, MILES WILLIAMS, BARNES, JANE DOES, JOHN DOES OTHER DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8th 14th AMENDMENT Violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

SEE ATTATCHMENT LITIGATION HISTORY 8 PAGES

19

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD V. JEFFREYS
20-CV-5042

B.  Approximate date of filing lawsuit: SEPTEMBER OR NOVEMBER 2020

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Terrell King

D.  List all defendants: ROBERT JEFFREYS, SONJA NICKLAUS ET AL

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL

F.  Name of judge to whom case was assigned: DIAN JOHNSTON

G.  Basic claim made: REHABILITATION ACT, AMERICANS WITH DISABILITIES ACT

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.  Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

20

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ERIC EUGENE BERNARD

(full name of plaintiff or petitioner)

vs.

I.D.O.C

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number: _____

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

_✓_ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

_✓_ to request an attorney

1. *Are you in custody?* _✓_ Yes _____ No
   ID # R25398 _____ Name of jail or prison: DIXON Correctional Center
   Do you receive any payment from this institution? _✓_ Yes _____ No
   If "Yes," how much per month? $ 6 OR less

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ NONE |
   | Income from interest or dividends: | $ NONE |
   | Income from rent payments: | $ NONE |
   | Pensions, annuities, or life insurance: | $ NONE |
   | Disability or worker's compensation: | $ NONE |
   | Gifts: | $ ABOUT $100 |
   | Deposits by others into your jail or prison account: | $ NONE |
   | Unemployment, public assistance, or welfare: | $ 400 A.P.R STIMULUS CHECK |
   | Settlements or judgments: | $ NONE |
   | **Any other source of money:** | $ NONE |

rev. 2/2020



3. _Cash and bank accounts:_ Do you have any money in cash or in a checking or savings account? ___ Yes _✓_ No  If yes, how much? _____

4. _Other assets:_ Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ___ Yes _✓_ No

   If yes, list each item of property and state its approximate value:

   _____ NONE _____

   _____

5. _Dependents:_ Is anyone dependent on you for support?  ___ Yes _✓_ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. _Debts and financial obligations:_ List any amounts you owe to others.
   OVER # 1200 _COURT FEES (SCHERED)_. $500
   OF IDOC RESTITUTION _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____          _____
                                    _Applicant's signature_
                                    ERIC BERNARD
                                    _Printed name_

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period.  You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above _Bunard Eric_ ID # _R25398_, has the sum of $ _101.43_ on account to his/her credit at _Dixon Corr. Ctr._ (name of institution).  I also certify that during the past six months, the applicant's average monthly deposit was $ _318.97_ (Add all deposits from all sources and then divide by the number of months.)

Date: _1/4/22_          _____
                              _Signature of authorized officer_
                              Cathy Hombs, B.A.
                              _Printed name_

rev. 2/2020

**Trust Fund**

Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA  -  Date: 07/04/2021 thru End;     Inmate: R25398;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

**Inmate: R25398 Bernard, Eric**                           **Housing Unit: DIX-HC-RG-27**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|--------|---------|
| | | | | | | **Beginning Balance:** | | 0.00 |
| 07/12/21 | Mail Room | 01 MO/Checks (Not Held) | 1932176 | 43711 | Young V Cook County | | 48.09 | 48.09 |
| 07/13/21 | Mail Room | 16 GTL | 194200 | 881734835206410378 | Bernard, Ricardo | | 25.00 | 73.09 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012271, Clerk, U.S., 11/04/2020 | Inv. Date: | -9.62 | 63.47 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012301, Clerk, U.S., 01/22/2021 | Inv. Date: | -9.62 | 53.85 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012301, Clerk, U.S., 01/22/2021 | Inv. Date: | -9.23 | 44.62 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012301, Clerk, U.S., 11/04/2020 | Inv. Date: | -5.00 | 39.62 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012301, Clerk, U.S., 01/22/2021 | Inv. Date: | -5.00 | 34.62 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012302, Clerk, U.S., 01/22/2021 | Inv. Date: | -5.00 | 29.62 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178274 | 0012303, Clerk, U.S., 01/22/2021 | Inv. Date: | -5.00 | 24.62 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178275 | 0012274, Clerk, U.S., 11/09/2020 | Inv. Date: | -9.62 | 15.00 |
| 07/13/21 | Disbursements | 73 Court Ordered Fees | 1943176 | Chk #178275 | 0012274, Clerk, U.S., 11/09/2020 | Inv. Date: | -5.00 | 10.00 |
| 07/13/21 | Disbursements | 81 Legal Postage | 1943176 | Chk #178282 | 81000055, PB - Posta, 07/13/2021 | Inv. Date: | -.71 | 9.29 |
| 08/03/21 | Mail Room | 16 GTL | 215200 | 884783381823620029 | Bernard, Ricardo | | 25.00 | 34.29 |
| 08/05/21 | Point of Sale | 60 Commissary | 2177179 | 1120193 | Commissary | | -8.04 | 26.25 |
| 08/06/21 | Payroll | 20 Payroll Adjustment | 2181176 | | P/R month of 7 2021 | | .00 | 26.25 |
| 08/10/21 | Disbursements | 84 Library | 2223176 | Chk #178956 | 84295037, DOC: 523 F, 07/14/2021 | Inv. Date: | -3.60 | 22.65 |
| 08/10/21 | Disbursements | 84 Library | 2223176 | Chk #178956 | 84295151, DOC: 523 F, 07/21/2021 | Inv. Date: | -1.70 | 20.95 |
| 08/10/21 | Disbursements | 84 Library | 2223176 | Chk #178956 | 295983, DOC: 523 Fun, 08/05/2021 | Inv. Date: | -.90 | 20.05 |
| 08/10/21 | Disbursements | 84 Library | 2223176 | Chk #178956 | 613, DOC: 523 Fund L, 08/09/2021 | Inv. Date: | -.90 | 19.15 |
| 08/10/21 | Disbursements | 73 Court Ordered Fees | 2223176 | Chk #178957 | 0012271, Clerk, U.S., 11/04/2020 | Inv. Date: | -5.00 | 14.15 |
| 08/10/21 | Disbursements | 73 Court Ordered Fees | 2223176 | Chk #178957 | 0012301, Clerk, U.S., 01/22/2021 | Inv. Date: | -5.00 | 9.15 |
| 08/10/21 | Disbursements | 73 Court Ordered Fees | 2223176 | Chk #178957 | 0012302, Clerk, U.S., 01/22/2021 | Inv. Date: | -3.28 | 5.87 |
| 08/10/21 | Disbursements | 73 Court Ordered Fees | 2223176 | Chk #178958 | 0012274, Clerk, U.S., 11/09/2020 | Inv. Date: | -5.00 | .87 |
| 08/10/21 | Disbursements | 81 Legal Postage | 2223176 | Chk #178965 | 81295593, PB - Posta, 07/29/2021 | Inv. Date: | -.71 | .16 |
| 08/12/21 | Mail Room | 01 MO/Checks (Not Held) | 2242176 | 404175937456 | US Treasury Eip | | 1,200.00 | 1,200.16 |
| 08/12/21 | Mail Room | 17 REFUND | 2242176 | 40417593746 | US Treasury Eip | | 615.75 | 1,815.91 |
| 08/23/21 | Point of Sale | 60 Commissary | 2357153 | 1122834 | Commissary | | -2.82 | 1,813.09 |
| 09/07/21 | Point of Sale | 60 Commissary | 2507121 | 1124035 | Commissary | | -15.00 | 1,798.09 |
| 09/09/21 | Payroll | 20 Payroll Adjustment | 2521176 | | P/R month of 8 2021 | | .00 | 1,798.09 |
| 09/10/21 | Disbursements | 84 Library | 2533176 | Chk #179827 | 84295211, DOC: 523 F, 08/12/2021 | Inv. Date: | -.16 | 1,797.93 |
| 09/10/21 | Disbursements | 84 Library | 2533176 | Chk #179827 | 84001066, DOC: 523 F, 08/23/2021 | Inv. Date: | -1.50 | 1,796.43 |
| 09/10/21 | Disbursements | 84 Library | 2533176 | Chk #179827 | 84001282, DOC: 523 F, 08/25/2021 | Inv. Date: | -.20 | 1,796.23 |

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 07/04/2021 thru End;  Inmate: R25398;  Active Status Only ? : No;  Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance
Errors Only ? : No

Inmate: R25398 Bernard, Eric                                      Housing Unit: DIX-HC-RG-27

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| 09/10/21 | Disbursements | 84 Library | 2533176 | Chk #179827 | 84001373, DOC: 523 F, Inv. Date: 09/07/2021 | -1.20 | 1,795.03 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012271, Clerk, U.S., Inv. Date: 11/04/2020 | -40.75 | 1,754.28 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012301, Clerk, U.S., Inv. Date: 01/22/2021 | -240.00 | 1,514.28 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012302, Clerk, U.S., Inv. Date: 01/22/2021 | -240.00 | 1,274.28 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012303, Clerk, U.S., Inv. Date: 01/22/2021 | -240.00 | 1,034.28 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012305, Clerk, U.S., Inv. Date: 01/22/2021 | -240.00 | 794.28 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179828 | 0012306, Clerk, U.S., Inv. Date: 01/22/2021 | -156.62 | 637.66 |
| 09/10/21 | Disbursements | 73 Court Ordered Fees | 2533176 | Chk #179829 | 0012274, Clerk, U.S., Inv. Date: 11/09/2020 | -42.63 | 595.03 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296277, PB - Posta, Inv. Date: 08/13/2021 | -.51 | 594.52 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296278, PB - Posta, Inv. Date: 08/13/2021 | -.71 | 593.81 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296305, PB - Posta, Inv. Date: 08/16/2021 | -.51 | 593.30 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296306, PB - Posta, Inv. Date: 08/16/2021 | -.51 | 592.79 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296423, PB - Posta, Inv. Date: 08/19/2021 | -1.00 | 591.79 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296424, PB - Posta, Inv. Date: 08/19/2021 | -1.00 | 590.79 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80296435, PB - Posta, Inv. Date: 08/19/2021 | -1.20 | 589.59 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80296551, PB - Posta, Inv. Date: 08/24/2021 | -2.00 | 587.59 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296772, PB - Posta, Inv. Date: 08/30/2021 | -1.16 | 586.43 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81296773, PB - Posta, Inv. Date: 08/30/2021 | -1.16 | 585.27 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80296809, PB - Posta, Inv. Date: 08/30/2021 | -1.16 | 584.11 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80296814, PB - Posta, Inv. Date: 08/30/2021 | -.53 | 583.58 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80297010, PB - Posta, Inv. Date: 09/02/2021 | -.53 | 583.05 |
| 09/10/21 | Disbursements | 80 Postage | 2533176 | Chk #179836 | 80297013, PB - Posta, Inv. Date: 09/02/2021 | -1.56 | 581.49 |
| 09/10/21 | Disbursements | 81 Legal Postage | 2533176 | Chk #179836 | 81297411, PB - Posta, Inv. Date: 09/10/2021 | -1.36 | 580.13 |
| 09/15/21 | Point of Sale | 60 Commissary | 2587153 | 1125400 | Commissary | -26.79 | 553.34 |
| 09/22/21 | Disbursements | 88 child support | 2653176 | Chk #180077 | 88001928, Jaden Moor, Inv. Date: 09/21/2021 | -10.00 | 543.34 |
| 09/24/21 | Point of Sale | 60 Commissary | 267760 | 1126857 | Commissary | -254.90 | 288.44 |
| 09/24/21 | Point of Sale | 60 Commissary | 267760 | 1126876 | Commissary | 254.90 | 543.34 |
| 10/05/21 | Point of Sale | 60 Commissary | 278760 | 1127849 | Commissary | -14.80 | 528.54 |
| 10/07/21 | Payroll | 20 Payroll Adjustment | 2801176 | | P/R month of 9 2021 | .00 | 528.54 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84001707, DOC: 523 F, Inv. Date: 09/15/2021 | -3.30 | 525.24 |

**Trust Fund**

d_list_inmate_trans_statement_composite

Inmate Transaction Statement

REPORT CRITERIA - Date: 07/04/2021 thru End;     Inmate: R25398;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

| Inmate: | R25398 Bernard, Eric | | | | Housing Unit: | DIX-HC-RG-27 | |
|---|---|---|---|---|---|---|---|
| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84001809, DOC: 523 F, Inv. Date: 09/17/2021 | -3.00 | 522.24 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84001860, DOC: 523 F, Inv. Date: 09/21/2021 | -1.20 | 521.04 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84002058, DOC: 523 F, Inv. Date: 09/24/2021 | -5.60 | 515.44 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84002060, DOC: 523 F, Inv. Date: 09/24/2021 | -.60 | 514.84 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84297887, DOC: 523 F, Inv. Date: 09/29/2021 | -.80 | 514.04 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84002401, DOC: 523 F, Inv. Date: 10/05/2021 | -3.40 | 510.64 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84002837, DOC: 523 F, Inv. Date: 10/13/2021 | -.60 | 510.04 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84003075, DOC: 523 F, Inv. Date: 10/19/2021 | -.60 | 509.44 |
| 10/21/21 | Disbursements | 84 Library | 2943176 | Chk #180781 | 84003147, DOC: 523 F, Inv. Date: 10/20/2021 | -1.00 | 508.44 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81297458, PB - Posta, Inv. Date: 09/13/2021 | -.53 | 507.91 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81297691, PB - Posta, Inv. Date: 09/20/2021 | -1.56 | 506.35 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81297692, PB - Posta, Inv. Date: 09/20/2021 | -1.36 | 504.99 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81002165, PB - Posta, Inv. Date: 09/27/2021 | -.53 | 504.46 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81002251, PB - Posta, Inv. Date: 09/28/2021 | -1.36 | 503.10 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81297833, PB - Posta, Inv. Date: 09/29/2021 | -.20 | 502.90 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81298229, PB - Posta, Inv. Date: 10/07/2021 | -.20 | 502.70 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81002941, PB - Posta, Inv. Date: 10/15/2021 | -1.36 | 501.34 |
| 10/21/21 | Disbursements | 81 Legal Postage | 2943176 | Chk #180791 | 81298314, PB - Posta, Inv. Date: 10/20/2021 | -1.36 | 499.98 |
| 10/22/21 | Point of Sale | 60 Commissary | 295760 | 1130258 | Commissary | -209.94 | 290.04 |
| 11/04/21 | Point of Sale | 60 Commissary | 3087153 | 1131814 | Commissary | -4.13 | 285.91 |
| 11/05/21 | Payroll | 20 Payroll Adjustment | 3091176 | | P/R month of 102021 | .00 | 285.91 |
| 11/10/21 | Disbursements | 88 Child Support | 3143176 | Chk #181100 | 88298985, Jaden Moor, Inv. Date: 11/09/2021 | -112.90 | 173.01 |
| 11/16/21 | Point of Sale | 60 Commissary | 3207121 | 1133174 | Commissary | -4.99 | 168.02 |
| 11/16/21 | Disbursements | 84 Library | 3203176 | Chk #181235 | 84299256, DOC: 523 F, Inv. Date: 11/15/2021 | -.80 | 167.22 |
| 11/16/21 | Disbursements | 81 Legal Postage | 3203176 | Chk #181243 | 81298580, PB - Posta, Inv. Date: 11/01/2021 | -.53 | 166.69 |
| 11/16/21 | Disbursements | 80 Postage | 3203176 | Chk #181243 | 80298802, PB - Posta, Inv. Date: 11/05/2021 | -5.10 | 161.59 |
| 12/07/21 | Payroll | 20 Payroll Adjustment | 3411176 | | P/R month of 112021 | .00 | 161.59 |
| 12/15/21 | Point of Sale | 60 Commissary | 3497179 | 1135652 | Commissary | -30.00 | 131.59 |
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84003497, DOC: 523 F, Inv. Date: 11/16/2021 | -.20 | 131.39 |
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84299574, DOC: 523 F, Inv. Date: 11/19/2021 | -1.10 | 130.29 |
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84003669, DOC: 523 F, Inv. Date: 12/02/2021 | -3.90 | 126.39 |

# Dixon Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 07/04/2021 thru End;      Inmate: R25398;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print Balance
Errors Only ? : No

| Inmate: R25398 Bernard, Eric | | | Housing Unit: DIX-HC-RG-27 | | | | |

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84300220, DOC: 523 F,   Inv. Date: 12/03/2021 | -.60 | 125.79 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81299979, PB - Posta,   Inv. Date: 11/30/2021 | -1.36 | 124.43 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81299980, PB - Posta,   Inv. Date: 11/30/2021 | -1.76 | 122.67 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81299479, PB - Posta,   Inv. Date: 11/18/2021 | -.53 | 122.14 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300531, PB - Posta,   Inv. Date: 12/13/2021 | -1.16 | 120.98 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300406, PB - Posta,   Inv. Date: 12/10/2021 | -1.36 | 119.62 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300855, PB - Posta,   Inv. Date: 12/16/2021 | -1.36 | 118.26 |
| 01/04/22 | Point of Sale | 60 Commissary | 0047121 | 1137058 | Commissary | -15.43 | 102.83 |

| | |
|---|---|
| Total Inmate Funds: | 102.83 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.40 |
| Funds Available: | 101.43 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/20/2021 | 84004044 | Disb | O.A.E.V.S. Legal Copies 12/13/21 | 2 DOC: 523 Fund Library | $0.60 |
| 12/22/2021 | 84004109 | Disb | O.A.E.V.S. Legal Copies 12/19/21 | 2 DOC: 523 Fund Library | $0.60 |
| 12/28/2021 | 81301443 | Disb | Legal Postage 12/28/2021 | 19197 PB - Postage By Phone | $0.20 |
| | | | | Total Restrictions: | $1.40 |